UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20490-RAR

**ARANTZA CASTRO**,

    Plaintiff,

v.

**LE CREUSET OF AMERICA, INC.,**
*d/b/a LE CREUSET*,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On February 7, 2024, Plaintiff filed a Complaint against Le Creuset of America, Inc., [ECF No. 1]. On February 9, 2024, Plaintiff filed Proof of Service indicating that Defendant was served with a copy of the Summons and Complaint on February 9, 2024. *See* Proof of Service, [ECF No. 5]. Per Fed. R. Civ. P. 12, Defendant's responsive pleading to Plaintiff's Complaint was due on or before March 1, 2024. To date, there is no indication that Defendant has filed a responsive pleading, nor has Defendant requested an extension of time to do so. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant shall file a response or answer to the Complaint on or before **March 12, 2024 <u>and</u>** show good cause for its failure to timely file a responsive pleading. Failure to do so will result in the entry of default against Defendant without further notice. **Plaintiff shall serve this Order on Defendant on or before March 8, 2024 and file proof of service within three days thereof.**

**DONE AND ORDERED** in Miami, Florida this 5th day of March, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**