UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO,                                    CASE NO. **1:24-cv-20490-RAR**

      Plaintiff,

vs.

LE CREUSET OF AMERICA, INC.,
a Foreign For Profit Corporation,
D/B/A LE CREUSET

      Defendant,

_____/

**<u>NOTICE OF STRIKING</u>**

Undersigned filed this Notice Striking Certificate of Service (DE # 8). Certificate of Service is to be stricken, correct document has been filed in its place.

**/s/ Diego G. Mendez**

**Diego G. Mendez 52748**

**MENDEZ LAW OFFICES**
**P.O. BOX 228630**
**Miami, FL 33222**
**305-264-9090Fax:1-305-809-8474**
**INFO@MENDEZLAWOFFICES.COM**